ACCEPTED
03-14-00197-CV
4459593
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 2:55:04 PM
JEFFREY D. KYLE
CLERK



# Silverstein & Pomerantz LLP

ATTORNEYS AT LAW

12 GOUGH STREET, 2nd FLOOR
SAN FRANCISCO, CA 94103
PHONE (415) 593-3500
FACSIMILE (415) 593-3501

CALIFORNIA | COLORADO

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 2:55:04 PM
JEFFREY D. KYLE
Clerk

March 11, 2015

Writer's Direct Contact
Telephone: (415) 593-3502
asilverstein@sptaxlaw.com

By Efiling

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

    Re: Court of Appeals Number: 03-14-00197-CV
        Trial Court Case Number: D-1-GN-12-003038

        *Graphic Packaging Corporation v. Glenn Hegar, Comptroller of Public Accounts of The State of Texas; and Ken Paxton, Attorney General of The State of Texas*

Honorable Presiding Justice and Associate Justices:

Due to scheduling conflicts, Counsel respectfully requests this Court to schedule oral argument in this matter for a date convenient to the Court.

Counsel for Appellant is unavailable the following dates and has nonrefundable airline tickets for travel out of the country:

April 13 through 17
June 15 through July 6
August 3 through 10



---

Third District of Texas
Page 2
March 11, 2015


The court's accommodation of counsel's needs is very much appreciated. Thank you for your favorable and expeditious consideration.

Sincerely,

Amy L. Silverstein


cc:    Rance Craft
       Assistant Solicitor General
       OFFICE OF THE ATTORNEY GENERAL
       P.O. Box 12548 (MC 059)
       Austin, Texas 78711-2548
       rance.craft@texasattorneygeneral.gov

       Cynthia A. Morales
       Assistant Attorney General
       OFFICE OF THE ATTORNEY GENERAL,
       FINANCIAL AND TAX LITIGATION DIVISION,
       P.O. Box 12548
       Austin, Texas 78711
       cynthia.morales@texasattorneygeneral.gov

       Amanda Taylor
       James F. Martens
       Martens, Todd, Leonard, Taylor & Ahlrich
       301 Congress Ave., Suite 1950
       Austin, Texas 78701
       Ataylor@Textaxlaw.Com
       Jmartens@Textaxlaw.Com